NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STAFFORD LEONARD MATTHEWS,      )
                                )
          Appellant,            )
                                )
v.                              )        Case No. 2D17-3304
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____)

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender,
and Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.